IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MAURICE T. BULLOCK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:18-CV-539-WKW |
| | ) [WO] |
| PATRICE RICHIE, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

On November 5, 2018, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 25.) Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED that the Recommendation is ADOPTED, and that Defendant's motion for summary judgment (Doc. # 19) is GRANTED.

A separate final judgment will be entered.

DONE this 3rd day of December, 2018.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE