IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MAURICE T. BULLOCK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO.  2:18-CV-539-WKW |
| | ) | [WO] |
| PATRICE RICHIE, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Upon consideration of Plaintiff's motion to strike complaint from the record,
it is ORDERED that the motion (Doc. # 28) is DENIED.  To the extent Plaintiff's
motion contains a motion to reconsider the order directing payment of the civil filing
fee, it is ORDERED that the motion (Doc. # 28) is DENIED.  In accordance with
the provisions of 28 U.S.C. § 1915(b)(1), a prisoner who seeks to proceed *in forma
pauperis* in a civil action or on appeal is required to pay the full amount of the
requisite filing fee.  Thus, this court must, under the provisions of 28 U.S.C.
§ 1915(b)(1), "assess and, when funds exist, collect" the $350.00 filing fee from
monies available to Plaintiff, when the amount in Plaintiff's account exceeds $10.00.
The court may not waive or temporarily exempt Plaintiff from compliance with the
statutory provisions regarding payment of filing fees.

This case remains closed.

DONE this 9th day of January, 2019.

___/s/ W. Keith Watkins___
CHIEF UNITED STATES DISTRICT JUDGE
